



Infosys McCamish Systems, LLC
1225 Cumberland Boulevard SE – Suite 100
Atlanta, GA 30339
Tel: 770 690 1500
www.infosysbpm.com/mccamish.html

November 15, 2024

DEBORA ANN FISK
AUSTIN, CO

Re: **NOTICE OF DATA BREACH**

Dear Debora Fisk:

Infosys McCamish Systems, LLC ("IMS") writes to inform you of an incident that involved some of your personal information. IMS supports a subset of Athene insurance companies' ("Athene") corporate and business market operations. While we are unaware of any instances since the incident occurred in which the personal information involved has been fraudulently used, we are providing you with information about the incident and steps you can take to help protect your personal information, should you feel it necessary to do so.

**WHAT HAPPENED?** On November 2, 2023, IMS became aware that certain IMS systems were encrypted by ransomware (the "Incident"). That same day, we began an investigation with the assistance of third-party cybersecurity experts, retained through outside counsel, to determine the nature and scope of the activity, assist with containment, and ensure no ongoing unauthorized activity. IMS also promptly notified law enforcement. Please note that the Incident has since been contained and remediated.

The in-depth cyber forensic investigation determined that unauthorized activity occurred between October 29, 2023, and November 2, 2023. Through the investigation, it was also determined that data was subject to unauthorized access and acquisition. With the assistance of third-party eDiscovery experts, retained through outside counsel, IMS proceeded to conduct a thorough and time-intensive review of the data at issue to identify the personal information subject to unauthorized access and acquisition and determine to whom the personal information relates. After a comprehensive review, it was determined that some of your personal information was subject to unauthorized access/acquisition.

**WHAT INFORMATION WAS INVOLVED?** The following types of personal information were identified in the files we maintain for Athene: name and (mailing address, e-mail address, phone number), medical or health insurance information, insurance policy number, demographic information (date of birth, gender), financial account number, and/or social security number.

**WHAT WE ARE DOING.** Please know that safeguarding your personal information is something that we take very seriously. IMS, with the assistance of third-party cybersecurity experts, retained through outside counsel, conducted a diligent investigation to confirm the nature and scope of the Incident. We also took steps to reduce the likelihood of a similar event occurring in the future, and we continue to make additional improvements that strengthen our cybersecurity posture. *Although we are unaware of your personal information having been fraudulently used, we are nevertheless providing you with access to twenty-four (24) months of complimentary identity monitoring services through Kroll.* Individuals who wish to receive these services must activate by following the below activation instructions.

**WHAT YOU CAN DO.** We encourage you to remain vigilant against identity theft and fraud by reviewing your financial account statements and credit reports for any anomalies and encourage you to notify your financial institution of any unauthorized transactions or suspected identity theft. We also encourage you to review the enclosed *Additional Steps to Help Protect Your Personal Information and State Law Information* for additional guidance. You should be on guard for schemes where malicious actors may pretend to represent IMS or reference this Incident.