# AFFIDAVIT OF RETURN OF SERVICE

CASE #4:22-CV-00415-SH-HCA

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF IOWA**

CASE NAME:

DEBORA FISK

VS

ATHENE ANNUITY AND LIFE COMPANY

I, the undersigned, being duly sworn on oath, do hereby depose and state that I received the **COMPLAINT; CIVIL COURT SHEET; SUMMONS**

Received on the 3 day of December 2024; served on the 3 day of December 2024 at 11:45am

I served the same on the within name Athene Annuity and Life Company At 505 5th Avenue, Suite 729, **DES MOINES, IOWA**

by delivering a true and identical copy of each such item in the following manner:

       I served the same by delivering a copy thereof to the above personally.

       I served the same on the above person at the person's dwelling house or usual place of abode, by there delivering a copy thereof to a member of the family, or a manager, clerk, proprietor or custodian named and described below, a person who was then at least eighteen years old, who resides at this address.

**X**    I served to above person, company, corporation, etc., by delivering a copy to the person named and described below. Said service was made at the address shown below, if any otherwise at the above address.

Service Fee _____

Mileage _____

Service Charge _____

Total Charges: $50.00

Located at _____

Remarks: c/o Corporation Service Company, Registered Agent / Served Lorena Simpson

By: _____ (signature)
C Miller Investigations, Inc.

Subscribed and sworn to before by the said Raymond Miller In Polk County, Iowa on this the 5 day of December 2024

By: _____ (signature)
Notary Public for the State of Iowa

**DONNA C. RAY**
Commission Number 781706
My Commission Expires
December 6, 2025