# AFFIDAVIT OF RETURN OF SERVICE

**UNITED STATES DISTRICT COURT**

CASE #4:24-CV-00415-SHL-HCA

**SOUTHERN DISTRICT OF IOWA**

**CASE NAME:**

DEBORA FISK

VS

ATHENE ANNUITY AND LIFE COMPANY

I, the undersigned, being duly sworn on oath, do hereby depose and state that I received the **COMPLAINT; CIVIL COURT SHEET; SUMMONS**

Received on the 3 day of December 2024; served on the 3 day of December 2024 at 11:45am

I served the same on the within name Athene Annuity and Life Company
At 505 5th Avenue, Suite 729, **DES MOINES, IOWA**

by delivering a true and identical copy of each such item in the following manner:

_____   I served the same by delivering a copy thereof to the above personally.

_____   I served the same on the above person at the person's dwelling house or usual place of abode, by there delivering a copy thereof to a member of the family, or a manager, clerk, proprietor or custodian named and described below, a person who was then at least eighteen years old, who resides at this address.

__X__   I served to above person, company, corporation, etc., by delivering a copy to the person named and described below. Said service was made at the address shown below, if any otherwise at the above address.

Service Fee _____    Located at _____

Mileage _____    Remarks: c/o Corporation Service Company, Registered Agent / Served Lorena Simpson

Service Charge _____

Total Charges: $50.00

By: _____ R Miller
C Miller Investigations, Inc.

Subscribed and sworn to before by the said Raymond Miller In Polk County, Iowa on this the 5 day of December 2024

By: _____ Donna C Ray
Notary Public for the State of Iowa



DONNA C. RAY
Commission Number 781706
My Commission Expires
December 6, 2025