# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| DEBORA FISK, on behalf of herself and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | )    Case No. 4:24-CV-00415-SHL-HCA |
| v. | ) |
| ATHENE ANNUITY AND LIFE COMPANY, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Athene Annuity and Life Company ("Athene") respectfully moves this Court for a sixty (60) day extension of time, through and including February 24, 2025, to answer or otherwise respond to Plaintiff Fisk's Complaint. In support of this Motion, Athene states as follows:

1. Plaintiff filed her Complaint on November 26, 2024. ECF No. 1.

2. Athene was served with the Summons and Complaint on December 3, 2024. Accordingly, Athene's response to the Complaint is currently due December 24, 2024.

3. Plaintiff brings this case as a putative nationwide class action, and the Complaint contains 236 paragraphs and alleges three causes of action. *See Id*.

4. With the upcoming holidays, and the complexity of the case, Athene needs additional time to prepare its response to Plaintiff's Complaint.

5. Athene's counsel met and conferred with Plaintiff's counsel on December 17, 2024, regarding the Complaint. Plaintiff consents to Athene's requested extension of time so that the Parties may continue to meet and confer in good faith regarding Plaintiff's Complaint.

    6.    Subject to this Court's approval, Athene seeks a sixty (60) day extension of time, until February 24, 2025, to file its response to Plaintiff's Complaint.

    7.    This is the first request for an extension of time to respond to the Complaint.

    8.    This motion is made in good faith and not to cause delay. No scheduling order has been entered, and Athene's requested extension will not prejudice either party as the case was only recently filed.

WHEREFORE, Athene moves this Court for an extension through February 24, 2025, to answer or otherwise respond to Plaintiff's Complaint.

Dated: December 20, 2024                          Respectfully submitted,

                                                  **POLSINELLI PC**

                                                  By: */s/ Denise K. Drake*
                                                        DENISE K. DRAKE (IA Bar #20146)
                                                        900 W. 48th Place, Suite 900
                                                        Kansas City, Missouri 64112
                                                        816-753-1000
                                                        ddrake@polsinelli.com

                                                  **ATTORNEY FOR DEFENDANT ATHENE ANNUITY AND LIFE COMPANY**

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2024, a true and correct copy of the above and foregoing was filed through the Court's electronic filing system, which sent notice to the following counsel of record:

J. Barton Goplerud
Brian O. Marty
**SHINDLER, ANDERSON, GOPLERUD
& WEESE P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Tel: (515) 223-4567
Fax: (515) 223-8887
golerud@sagwlaw.com
marty@sagwlaw.com

Jeff Ostrow
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 332-4200
ostrow@kolawyers.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklinger@milberg.com

**ATTORNEYS FOR PLAINTIFF AND THE PUTATIVE CLASS**

_/s/ Denise K. Drake_____
**ATTORNEY FOR DEFENDANT ATHENE
ANNUITY AND LIFE COMPANY**