UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DEBORA FISK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ATHENE ANNUITY & LIFE COMPANY,<br><br>Defendant. | Case No.: 4:24-cv-00415-SHL-HCA |

**JOINT MOTION TO STAY PROCEEDINGS PENDING MEDIATION**

This matter relates to a cybersecurity incident that occurred at Infosys McCamish Sys., LLC ("IMS"). Plaintiff and IMS have agreed to engage in mediation in an effort to resolve all litigation concerning the Incident, including the above-captioned case against Defendant Athene Annuity and Life Company. The mediation has been set for March 13, 2025 before Bruce Friedman. Therefore, the parties jointly move to stay these proceedings pending mediation. In support of this motion, the parties state as follows:

1. Plaintiff filed her Complaint on November 26, 2024.

2. Defendant was served with the Summons and Complaint on December 3, 2024.

3. On December 20, 2024, the Court granted Defendant's Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, extending the deadline from December 24, 2024 to February 24, 2025. ECF Nos. 5, 6.

4. The parties now propose that the Court stay these proceedings, including the deadline for Defendant to respond to Plaintiff's Complaint, to conserve both the Court's and the parties' resources, and to facilitate a productive mediation.

101717980.1

5. This is the first request to stay this case.

The parties further propose to file a status report to update the Court on the status of the mediation by March 21, 2025.

For the foregoing reasons, the parties respectfully request that the Court grant this motion. Due to the February 24, 2025 deadline, the parties respectfully request that the Court rule on this motion in advance of that deadline. A proposed order granting this motion is attached for the Court's consideration.

Dated: January 31, 2025

Respectfully submitted,

*/s/ Denise K. Drake*

Denise K. Drake
**POLSINELLI PC (IA #20146)**
900 West 48th Place
Suite 900
Kansas City, MO 64112
816-360-4357
Fax: 816-222-0519
Email: ddrake@polsinelli.com

*Counsel for Athene Annuity & Life Company*

*/s/ J. Barton Goplerud (with permission)*

J. Barton Goplerud
**SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.**
5015 Grand Ridge Drive
Suite 100
West Des Moines, IA 50265
515-223-4567
Fax: 515-223-8887
Email: goplerud@sagwlaw.com

-3-

Brian O. Marty
**SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.**
5015 Grand Ridge Drive
Suite 100
West Des Moines, IA 50265
515-223-4567
Fax: 515-223-8887
Email: marty@sagwlaw.com

*Counsel for Plaintiff Debora Fisk and the Proposed Class*

-4-

## CERTIFICATE OF SERVICE

      I hereby certify that I caused a true and correct copy of the above document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such document to all counsel of record.

Dated: January 31, 2025

                                                        */s/ Denise K. Drake*_____
                                                        Denise K. Drake

101717980.1