## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| DEBORA FISK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ATHENE ANNUITY & LIFE COMPANY,<br><br>Defendant. | Case No.: 4:24-cv-00415-SHL-HCA |

## [PROPOSED] ORDER GRANTING
## JOINT MOTION TO STAY PROCEEDINGS PENDING MEDIATION

Having reviewed the parties' Joint Motion to Stay Proceedings Pending Mediation, the Court **GRANTS** the Motion for good cause shown. All deadlines in the above-captioned action are stayed pending the mediation efforts relating to the Incident. The parties are to file a status report to update the Court on the status of the mediation by March 21, 2025.

**SO ORDERED** this ____ day of _____, 2025.

_____
**STEPHEN H. LOCHER**
United States District Judge