IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DEBORA FISK, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ATHENE ANNUITY AND LIFE COMPANY, <br><br> Defendant. | Civil No. 4:24-cv-00415-SHL-HCA <br><br> **APPEARANCE** |

COMES NOW, Attorney Angel West of the law firm of Maynard Nexsen PC and enters an Appearance on behalf of Defendant Athene Annuity and Life Company.

Respectfully submitted,

*/s/Angel West*, AT0008416
MAYNARD NEXSEN, PC
801 Grand Avenue, Suite 100
Des Moines, IA 50309
Telephone: 515-686-8223
Email: awest@maynardnexsen.com

ATTORNEY FOR DEFENDANT
ATHENE ANNUITY AND LIFE
COMPANY

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 18, 2025, I presented the foregoing Appearance on behalf of the Defendants with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


                                                  /s/ Angel West