UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DEBORA FISK, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> ATHENE ANNUITY AND LIFE COMPANY, <br><br> Defendant. | Case No. 4:24-CV-00415-SHL-HCA |

**JOINT STATUS REPORT AND JOINT MOTION**
**TO STAY PENDING SETTLEMENT APPROVAL**

Plaintiff, Deborah Fisk ("Plaintiff"), and Defendant, Athene Annuity and Life Company ("Defendant"), hereby jointly notify the Court they have reached an agreement in principle on the material terms of a settlement, which would resolve and release all claims pending in the above-captioned action on a classwide basis. The settlement agreement, along with a motion for preliminary approval of the settlement, will be filed in the action entitled: *McNally, et al. v. InfoSys McCamish Sys., LLC*, No. 1:23-cv-00995 (N.D. Ga.) ("*InfoSys*"), a case which relates to the same data incident at issue in this case. The claims in this action will be part of the settlement and release in *InfoSys*. Upon final approval of the settlement, the parties intend to dismiss this case with prejudice. The Parties anticipate the motion for preliminary approval will be filed in *InfoSys* within 45 days. When it is filed, the Parties will update this Court with the final approval hearing date.

Based on the foregoing, the parties move to stay all deadlines in this case pending final approval of the settlement in *InfoSys*.

Dated: March 21, 2025

Respectfully submitted,

/s/ J. Barton Goplerud *(with permission)*
J. Barton Goplerud
Brian O. Marty
**SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Tel: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

Jeff Ostrow
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite. 500
Fort Lauderdale, Florida 33301
Telephone: (954) 332-4200
ostrow@kolawyers.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

*Attorneys for Plaintiff and the Putative Class*

**POLSINELLI PC**

By: */s/ Denise K. Drake*
DENISE K. DRAKE (IA Bar #20146)
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
816-753-1000
ddrake@polsinelli.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2025, a copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the filing to all counsel of record.

By: /s/ Denise K. Drake
DENISE K. DRAKE (IA Bar #20146)