UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DEBORA FISK, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br>v.<br><br>ATHENE ANNUITY AND LIFE COMPANY,<br><br>   Defendant. | Case No. 4:24-CV-00415-SHL-HCA |

## JOINT STATUS REPORT

  Plaintiff, Deborah Fisk ("Plaintiff"), and Defendant, Athene Annuity and Life Company ("Defendant"), hereby jointly notify the Court that a settlement agreement has been executed to resolve and release all claims pending in the above-captioned action on a classwide basis. As reported in the parties' March 2025 status report (ECF No. 11), the claims in this action are part of the settlement agreement that has been filed in the action titled *McNally, et al. v. InfoSys McCamish Sys., LLC*, No. 1:23-cv-00995 (N.D. Ga.) ("*InfoSys*"). A motion for preliminary approval was filed in that case on Friday May 9, 2025. The preliminary approval order is pending before that court.

  The Parties intend to dismiss this case with prejudice. Per the terms of the settlement agreement, however, the Parties must wait until a final order and judgment is entered in *InfoSys*. The Parties anticipate the final approval hearing in *InfoSys* will occur no earlier than one hundred and fifty (150) days after the entry of the preliminary approval order.

  Based on the foregoing, and in recognition of Local Rule 41, the parties request the court hold this matter in abeyance pending final approval of the settlement in *InfoSys*. Within five (5)

103717753.2

business days of the final order in *InfoSys*, Plaintiff will file a request for dismissal with prejudice in this action.

Dated: May 20, 2025

Respectfully submitted,

| | |
|---|---|
| /s/ J. Barton Goplerud *(with permission)* <br> J. Barton Goplerud <br> Brian O. Marty <br> **SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.** <br> 5015 Grand Ridge Drive, Suite 100 <br> West Des Moines, IA 50265 <br> Tel: (515) 223-4567 <br> Fax: (515) 223-8887 <br> goplerud@sagwlaw.com <br> marty@sagwlaw.com | /s/ Denise K. Drake <br> DENISE K. DRAKE (IA Bar #20146) <br> **POLSINELLI PC** <br> 900 W. 48th Place, Suite 900 <br> Kansas City, Missouri 64112 <br> 816-753-1000 <br> ddrake@polsinelli.com <br><br> *Attorney for Athene Annuity and Life Company* |

Jeff Ostrow
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite. 500
Fort Lauderdale, Florida 33301
Telephone: (954) 332-4200
ostrow@kolawyers.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

*Attorneys for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2025, a copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the filing to all counsel of record.

103717753.2                          2

/s/ Denise K. Drake
DENISE K. DRAKE (IA Bar #20146)