# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| DEBORA FISK, on behalf of herself and all others similarly situated, </br></br>　　　　Plaintiff, </br>v. </br></br>ATHENE ANNUITY AND LIFE COMPANY, </br></br>　　　　Defendant. | Case No. 4:24-CV-00415-SHL-HCA |

## JOINT STATUS REPORT

Per the Court's May 20, 2025 order granting the parties' Motion for Extension of Time to File Closing Documents (ECF No. 14), Plaintiff, Deborah Fisk ("Plaintiff"), and Defendant, Athene Annuity and Life Company ("Defendant"), hereby jointly notify the Court that the preliminary approval order for the settlement agreement filed in the action titled *McNally, et al. v. InfoSys McCamish Sys., LLC*, No. 1:24-cv-00995 (N.D. Ga.) is still pending. The parties will update the Court once there has been a ruling.

Dated: June 30, 2025

Respectfully submitted,

/s/ J. Barton Goplerud *(with permission)*　　　　/s/ Denise K. Drake
J. Barton Goplerud　　　　　　　　　　　　　　　DENISE K. DRAKE (IA Bar #20146)
Brian O. Marty　　　　　　　　　　　　　　　　　**POLSINELLI PC**
**SHINDLER, ANDERSON, GOPLERUD**　　　　　　900 W. 48th Place, Suite 900
**& WEESE P.C.**　　　　　　　　　　　　　　　　Kansas City, Missouri 64112
5015 Grand Ridge Drive, Suite 100　　　　　　　　816-753-1000
West Des Moines, IA 50265　　　　　　　　　　　ddrake@polsinelli.com
Tel: (515) 223-4567
Fax: (515) 223-8887　　　　　　　　　　　　　　*Attorney for Athene Annuity and Life*
goplerud@sagwlaw.com　　　　　　　　　　　　*Company*
marty@sagwlaw.com

104436547.1

Jeff Ostrow
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite. 500
Fort Lauderdale, Florida 33301
Telephone: (954) 332-4200
ostrow@kolawyers.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

*Attorneys for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2025, a copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the filing to all counsel of record.

*/s/ Denise K. Drake*
DENISE K. DRAKE (IA Bar #20146)