# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **DEBORA FISK, on behalf of herself and all others similarly situated,**<br><br>　　　　**Plaintiff,**<br>v.<br><br>**ATHENE ANNUITY AND LIFE COMPANY,**<br><br>　　　　**Defendant.** | Case No. 4:24-CV-00415-SHL-HCA |

## JOINT STATUS REPORT

Per the Court's June 30, 2025 order (ECF No. 16), Plaintiff Deborah Fisk ("Plaintiff"), and Defendant Athene Annuity and Life Company ("Defendant"), hereby jointly notify the Court that the preliminary approval order for the settlement agreement filed in the action titled *McNally, et al. v. InfoSys McCamish Sys., LLC*, No. 1:24-cv-00995 (N.D. Ga.) was granted on July 16, 2025. The court set the Final Approval Hearing for December 18, 2025.

Dated: July 30, 2025

Respectfully submitted,

/s/ J. Barton Goplerud *(with permission)*
J. Barton Goplerud
Brian O. Marty
**SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Tel: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

Jeff Ostrow

/s/ Denise K. Drake
DENISE K. DRAKE (IA Bar #20146)
**POLSINELLI PC**
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
816-753-1000
ddrake@polsinelli.com

*Attorney for Athene Annuity and Life Company*

104897979.1

**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite. 500
Fort Lauderdale, Florida 33301
Telephone: (954) 332-4200
ostrow@kolawyers.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

*Attorneys for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2025, a copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the filing to all counsel of record.

*/s/ Denise K. Drake*
DENISE K. DRAKE (IA Bar #20146)