UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DEBORA FISK, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>ATHENE ANNUITY AND LIFE COMPANY,<br><br>Defendant. | Case No. 4:24-cv-00415-SHL-HCA |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Debora Fisk, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Athene Annuity and Life Company without prejudice.

Dated: December 29, 2025,    Respectfully submitted,

*/s/ Gary M. Klinger*
Gary M. Klinger
**MILBERG PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
Email: gklinger@milberg.com

*Attorneys for Plaintiff and Putative Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 29, 2025, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Gary M. Klinger*
Gary M. Klinger