## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| DEBORA FISK, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ATHENE ANNUITY AND LIFE COMPANY,<br><br>　　　　　　Defendant. | Case No.: 24-cv-00415 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Debora Fisk, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against all above-named Defendant, with prejudice.

Dated: January 6, 2026.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ J. Barton Goplerud*
　　　　　　　　　　　　　　　　　　　　　J. Barton Goplerud
　　　　　　　　　　　　　　　　　　　　　Brian O. Marty
　　　　　　　　　　　　　　　　　　　　　5015 Grand Ridge Drive, Suite 100
　　　　　　　　　　　　　　　　　　　　　West Des Moines, IA 50265
　　　　　　　　　　　　　　　　　　　　　Tel: (515) 223-4567
　　　　　　　　　　　　　　　　　　　　　Fax: (515) 223-8887
　　　　　　　　　　　　　　　　　　　　　goplerud@sagwlaw.com
　　　　　　　　　　　　　　　　　　　　　marty@sagwlaw.com

　　　　　　　　　　　　　　　　　　　　　Jeff Ostrow*
　　　　　　　　　　　　　　　　　　　　　**KOPELOWITZ OSTROW P.A.**
　　　　　　　　　　　　　　　　　　　　　One West Las Olas Blvd., Suite. 500
　　　　　　　　　　　　　　　　　　　　　Fort Lauderdale, Florida 33301
　　　　　　　　　　　　　　　　　　　　　Telephone: (954) 332-4200
　　　　　　　　　　　　　　　　　　　　　ostrow@kolawyers.com