## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| DEBORA FISK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ATHENE ANNUITY AND LIFE COMPANY,<br><br>Defendant. | Case No.: 24-cv-00415 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Debora Fisk, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against all above-named Defendant, with prejudice.

Dated: January 7, 2026.

                                                Respectfully submitted,

                                                */s/ Brian O. Marty*
                                                J. Barton Goplerud
                                                Brian O. Marty
                                                5015 Grand Ridge Drive, Suite 100
                                                West Des Moines, IA 50265
                                                Tel: (515) 223-4567
                                                Fax: (515) 223-8887
                                                goplerud@sagwlaw.com
                                                marty@sagwlaw.com

                                                Jeff Ostrow*
                                                **KOPELOWITZ OSTROW P.A.**
                                                One West Las Olas Blvd., Suite. 500
                                                Fort Lauderdale, Florida 33301
                                                Telephone: (954) 332-4200
                                                ostrow@kolawyers.com